In re KNAPP & FRENCH, Inc.   (Nos. 7738–7740.)

(Supreme Court, Appellate Division, First Department.   October 15, 1915.)

APPEAL AND ERROR ☞790—DECISIONS APPEALABLE—RESETTLED ORDERS.

Appeals from orders will be dismissed, where the orders appealed from have been resettled by a subsequent order.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 47, 3132, 4383, 4384; Dec. Dig. ☞790.]

Appeals from Special Term, New York County.

Application by Knapp & French, Incorporated, for voluntary dissolution. From an order granting a motion requiring the petitioners to give an undertaking as a condition of granting an order for an injunction and a receiver, an order dismissing the proceeding for failure to give such undertaking, and an order granting a motion to resettle both of the other orders, certain parties appeal. Order resettling previous orders affirmed; appeals from other orders dismissed.

See, also, 155 N. Y. Supp. 166.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Frank W. Chambers, of New York City, for appellants.

L. M. Berkeley, of New York City, for respondent.

PER CURIAM. The appeals from the orders entered on the 23d day of June, 1915, and the 30th day of June, 1915, are dismissed, on the ground that those orders were subsequently resettled by the order entered on August 19, 1915. The order entered on the 19th day of August, 1915, is affirmed, with $10 costs and disbursements.